[No. 31396-7-I. Division One. April 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND STOKES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01845-2, Anthony P. Wartnik, J., entered

June 7, 1991. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis, A.C.J., and Agid, J.